**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Byron Neil Levi,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>White, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-02214-JAD-EJY<br><br>**ORDER** |

Plaintiff submitted a complete application to proceed *in forma pauperis* ("IFP") *for inmate* together with a Civil Rights Complaint under 42 U.S.C. § 1983. ECF Nos. 4, 1-1. Plaintiff recently filed a change-of-address notice indicating that he is no longer detained or incarcerated. ECF No. 5. Therefore, Plaintiff's IFP application for inmate is now moot under 28 U.S.C. § 1915(h).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis for inmate* (ECF No. 4) is DENIED without prejudice.

IT IS FURTHER ORDERED that on or before **January 26, 2026**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court a complete Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form), which is the approved IFP form for non-inmates.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the approved form application to proceed *in forma pauperis* for non-inmates along with the information and instructions for filing the same.

DATED: January 8, 2026

　　　　　　　　　　　　　　　　　　　　　　／s／ *Elayna J. Youchah*
　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE